UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLIFTON J. TERRELL, JR.,

        Plaintiff,                       No. C 15-1879 EDL (PR)

    v.                                  **ORDER OF DISMISSAL**

C.E. DUCART,

        Defendant.
                                    /

This is a civil rights case filed by a pro se inmate at Pelican Bay State Prison. In the initial review order on September 3, 2015, the court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is **DISMISSED** for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated: October 30, 2015.

                                          ELIZABETH D. LAPORTE
                                          United States Magistrate Judge

P:\PRO-SE\EDL\CR.15\Terrell879dis.wpd